```
1  JOHN E. HILL (S.B.N. 45338)
   DANIEL A. STENSON (S.B.N. 83939)
2  LAW OFFICES OF JOHN E. HILL
   A PROFESSIONAL CORPORATION
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: (510) 588-1000
   Fax: (510) 588-1087
5

6  Attorneys for Plaintiff
   JESUS MORALES
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS VASQUEZ MORALES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAREN ENGINEERING CORPORATION, a Corporation; and DOES 1 through 100;<br><br>　　　　Defendants | Case No. C10-00308 JSW<br><br>CONSENT TO FILING OF FIRST AMENDED COMPLAINT FOR DAMAGES AND ORDER THEREON |

**CONSENT TO FILING OF FIRST AMENDED COMPLAINT FOR DAMAGES**

The Complaint for Damages in this action was filed on December 11, 2009. Defendant MAREN ENGINEERING CORPORATION removed this action to Federal Court on January 21, 2010. This action involves a claim under California law that plaintiff sustained injury as a result of negligence and/or defects relating to the design, manufacture, installation, maintenance and /or servicing of a Maren 72 Automatic Baler. Discovery in this action which occurred subsequent to removal of the action to Federal Court has resulted in the identification by plaintiff of two

entities, TOYOTA MATERIAL HANDLING, U.S.A., INC., and G.L. FREDRICK, INC., who serviced, repaired, and/or modified the Maren Model 72 Automatic Baler involved in the incident giving rise to this action. Plaintiff wishes to file an Amended Complaint for Damages in this action adding TOYOTA MATERIAL HANDLING, U.S.A., INC., and G.L. FREDRICK, INC., persons plaintiff believes in whose absence complete relief cannot be accorded among those who are already parties to this action, as defendants in this action

Pursuant to the provisions of Rule 15(a)(2) of the Federal Rules of Civil Procedure, defendant MAREN ENGINEERING CORPORATION hereby consents to the filing by plaintiff of an Amended Complaint for Damages in this action in the form set out in Exhibit A to this Consent to Filing of First Amended Complaint for Damages and Order Thereon.

DATED: Nov 8, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
DONALD P. EICHHORN
Attorneys for Defendant
MAREN ENGINEERING CORPORATION

//
//
//
//
//
//
//
//
//

ORDER

GOOD CAUSE APPEARING:

1. Plaintiff's First Amended Complaint for Damages, attached hereto as Exhibit A, shall be filed with the Court

IT IS SO ORDERED

Dated: November 24, 2010

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court Judge